IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**QUANTERRIOUS BEDFORD**                                                            **PLAINTIFF**
*ADC #176026*

v.                          CASE NO. 2:24-CV-00006-BSM

**JEFF THOMAS, Jail Administrator,**
**Crittenden County Detention Center**                                              **DEFENDANT**

## ORDER

United States Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 7] is rejected as moot and this case is dismissed without prejudice because Quanterrious Bedford has failed to file a notice of his current mailing address as ordered [Doc. No. 9] and the time to do so has expired. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 5th day of February, 2025.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE