IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**QUANTERRIOUS BEDFORD**                                                              **PLAINTIFF**
*ADC #176026*

v.                              CASE NO. 2:24-CV-00006-BSM

**JEFF THOMAS, Jail Administrator,**
**Crittenden County Detention Center**                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE